1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES MARCUS WEATHERS,                    Case No.  1:24-cv-00048-HBK

12             Plaintiff,                       ORDER GRANTING PARTIES'
                                                STIPULATED MOTION TO REMAND
13        v.                                    UNDER SENTENCE FOUR OF 42 U.S.C. §
                                                405(g), REVERSING FINAL DECISION AND
14    MARTIN O'MALLEY,                          REMANDING CASE[1]
      COMMISSIONER OF SOCIAL
15    SECURITY,                                 (Doc. No. 16)

16             Defendant.                       ORDER MOOTING PLAINTIFF'S MOTION
                                                FOR SUMMARY JUDGMENT
17
                                                (Doc. No.  12)
18

19

20        Pending before the Court is the parties' joint motion to remand filed June 20, 2024.  (Doc.

21   No. 16).  Plaintiff James Marcus Weathers and the Commissioner of Social Security agree that

22   this case should be remanded for further administrative proceedings under sentence four of 42

23   U.S.C. § 405(g).  (*Id.*).

24        The United States Supreme Court held that the Social Security Act permits remand in

25   conjunction with a judgment either affirming, reversing, or modifying the Secretary's decision.

26   _____

27   [1] Both parties have consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C.
     §636(c)(1).  (Doc. No. 10).

28

*See Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991) (addressing issue of attorney's fees under the Equal Access to Justice Act and calculating deadline using date of final judgment).  The *Melkonyan* court recognized 42 U.S.C. § 405(g) contemplates only two types of remand – sentence four or sentence six.  *Id.* at 98.  A sentence four remand authorizes a court to enter "a judgment affirming, modifying, or reversing the decision of the Secretary, with or without resetting the cause for a rehearing."  *Id.* (other citations omitted).

The Court grants the parties' motion to remand under sentence four and reverses the Commissioner's final decision.  As agreed upon by the parties, upon remand, the Commissioner will reevaluate the evidence of record, and issue a new decision.

Accordingly, it is **ORDERED**:

1. Pursuant to sentence four of 42 U.S.C.§ 405(g), the Court grants the joint motion to remand (Doc. No. 16) and REVERSES the Commissioner's decision.  This case is REMANDED to the Commissioner of Social Security for further proceedings consistent with this Order.

2. A motion for attorney fees may be filed within thirty (30) days.

3. Plaintiff's Motion for Summary Judgment (Doc. No. 12) is MOOT.

4. The Clerk shall enter judgment in favor of Plaintiff, terminate any deadlines, and close this case.

Dated:  __June 24, 2024__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE